## ATLANTIC RESEARCH MARKETING SYSTEMS, INC., Plaintiff–Appellant,

v.

## Stephen P. TROY, Jr. and Troy Industries, Inc., Defendants–Cross Appellants.

Nos. 2011–1002, 2011–1003.

United States Court of Appeals, Federal Circuit.

May 16, 2011.

Paul J. Hayes, Dean G. Bostock, Mintz, Levin, Cohn, Ferris, Glovsky, Boston, MA, for Plaintiff–Appellant.

Damian R. Laplaca, Donovan Hatem LLP, Boston, MA, for Defendants–Cross Appellants.

Before GAJARSA, Circuit Judge.

### ON MOTION

### ORDER

Stephen P. Troy, Jr. and Troy Industries, Inc. (Troy) move to stay the briefing schedule in these appeals pending the disposition of Troy's motion to compel, filed in this case at the United States District Court for the District of Massachusetts. Atlantic Research Marketing Systems, Inc. (Atlantic) opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is denied.